STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Roy Seale Halcomb  Jr.
Broussard, Halcomb & Vizzier
P. O. Box 1311
Alexandria LA 71309


**REHEARING ACTION: June 16, 2010**


**Docket Number: 09   01462-CA**

**JIMMY L. SMITH, JR.**
**VERSUS**
**ALAN C. HAMPSHIRE, ET AL.**

**Appealed from Rapides Parish Case No. 229,581**


**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jimmy L. Smith, Jr.** has this day been

    **DENIED.**


cc: Rebecca T. Boyett, Counsel for the Appellant
    Andrew Parker Texada, Counsel for the Appellee
    Donna M. Johnson, Counsel for the Appellee
    Barbara Bell Melton, Counsel for the Appellee